IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
STATESBORO DIVISION

FILED
U.S. DISTRICT COURT
SAVANNAH DIV.

2012 MAR 22  AM 11: 40

CLERK_____
SO. DIST. OF GA.

JEROME LAMB WILLIAMS,

      Plaintiff,

vs.

CLIFF KENNEDY and SMITH
TRANSITIONAL CENTER,

      Defendants.

CIVIL ACTION NO.: CV612-014

## ORDER

      Plaintiff previously submitted a complaint, brought pursuant to 42 U.S.C. § 1983, in the United States District Court for the Middle District of Georgia, seeking to proceed *in forma pauperis*. By Order dated February 3, 2012, the case was transferred to this Court. Because Plaintiff was no longer incarcerated, the Court, by Order dated February 10, 2012, directed Plaintiff to provide information regarding his current financial status so that a payment schedule could be established if he desired to proceed with his claims against Defendants. Plaintiff was advised, in that same Order, that his failure to comply with that Order might result in the dismissal of his complaint. Plaintiff was given until March 12, 2012, to respond. Plaintiff has failed to respond to that February 10, 2012, Order.

      Accordingly, as set forth in said Order, this action is **DISMISSED**, without prejudice.

      **SO ORDERED**, this 22 day of _March_, 2012.

B. AVANT EDENFIELD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

AO 72A
(Rev. 8/82)